## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:21−cr−00375

Khyati Undavia

### NOTICE OF WITHDRAWAL AS COUNSEL

---

**PLEASE TAKE NOTICE THAT** Seth I. Rubinson withdraws his appearance [Docket No. 7]

as counsel for Defendant Khyati Undavia.  Attorney Jane Serena Raskin remains as retained

Attorney-in-Charge for the Defendant.

The undersigned requests that service upon him of all notices and pleadings, electronically or

otherwise, be discontinued as of the date hereof, and further requests that he be removed from the

electronic (ECF) service list as counsel to the Defendant.

/s/ Seth I. Rubinson
_____
SETH I. RUBINSON (TX Bar No. 24053908)
**RUBINSON LAW**
1135 Heights Boulevard
Houston, TX  77008
(832) 485-4899 Telephone
(866) 626-4292 Facsimile
srubinson@rubinsonlaw.com

### Certificate of Service

I certify that on September 2, 2021, I caused a copy of the foregoing document to be served by

the Electronic Case Filing System for the United States District Court for the Southern District

of Texas.

/s/ Seth I. Rubinson
_____
Seth I. Rubinson